# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KADEN STEPHAN KOSTI,<br><br>    Plaintiff,<br><br>v.<br><br>USA and FBI,<br><br>    Defendants. | ORDER ADOPTING REPORT AND RECCOMENDATION AND DISMISSING CASE<br><br>Case No. 2:19-cv-446<br><br>Judge Clark Waddoups |

    This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). On March 11, 2020, Judge Furse issued a Report and Recommendation, recommending that the court dismiss the action without prejudice because "Mr. Kosti does not state a plausible claim for relief against the USA or FBI . . . ." (ECF No. 11 at 6.) The Report and Recommendation notified Mr. Kosti that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. On March 25, 2020, Mr. Kosti filed a Motion for Civil Rights that provides that he is moving for "civil rights" but provides no reasons in support of the motion. (*See* ECF No. 12 at 1.)

    The court has reviewed the case *de novo* and agrees with the analysis of the Report and Recommendation in its entirety. The court, therefore, adopts the Report and Recommendation as the Order of the court. Accordingly, this action is DISMISSED as to all Defendants as outlined above. Mr. Kosti's Motion, (ECF No. 12) is DENIED as MOOT.

DATED this 30th day of March, 2020.

BY THE COURT:

CLARK WADDOUPS
United States District Court Judge